# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ERNEST N. FINLEY, JR.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NUMBER** |
| | ) | **2:23-CV-00146-KKD-PBM** |
| **v.** | ) | |
| | ) | |
| **CITY OF MONTGOMERY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

## MOTION TO WITHDRAW PURSUANT TO ALABAMA RULES of PROFESSIONAL CONDUCT 1.16 (a) (2)
_____

COMES NOW Alicia K. Haynes and moves this Honorable Court to withdraw from representation in this matter, pursuant to Rule 1.16 (a)(2) of the Alabama Rules of Professional Conduct.

The undersigned has communicated the need to withdraw with the client consistent with Rule 1.4 (b) of the Alabama Rules of Professional Conduct and Plaintiff consents to the withdrawal. Plaintiff will be represented by Kenneth D. Haynes until Plaintiff secures additional or alternate counsel.

WHEREFORE, movant respectfully requests that the Court grant her leave to withdraw as counsel of record for Plaintiff.

1

Respectfully Submitted,


*/s/ Alicia K. Haynes*
Alicia K. Haynes


**OF COUNSEL:**
Alicia K. Haynes
Kenneth D. Haynes
**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama 35226

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Hope Curtis Hicks
Allison Alford Ingram
P.O. Box 4840
Ball, Ball, Matthews & Novak, P.A.
445 Dexter Avenue, Suite 9045
Montgomery, Alabama 36104

Stacy Lott Bellinger
City of Montgomery Legal Department
P.O. Box 1111
Montgomery, Alabama 35101

Terry G. Davis
Ronald B. Hatcher
4183 Carmichael Road, Ste. B
Montgomery, AL 36106

3

Scott Michael Speagle
Walker Nicholas Kowalchyk
**WEBSTER HENRY LYONS BRADWELL COHAN & SPEAGLE, P.C.**
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104


                                          /s/ Alicia K. Haynes
                                          OF COUNSEL