IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERNEST N. FINLEY, JR. ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NUMBER |
| ) | 2:23-CV-00146-KKD-PBM |
| v. ) | |
| ) | |
| CITY OF MONTGOMERY, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO STAY

COMES NOW Plaintiff Ernest N. Finley, Jr., and moves the court for a temporary stay of proceedings.

Counsel for Plaintiff has filed a motion to withdraw pursuant to the Rule 1.16 (a)(2) of the Alabama Rules of Professional Conduct.

Plaintiff seeks a temporary stay of proceedings for remaining counsel to become familiar with the status of litigation and make an informed decision as to whether additional counsel will be engaged to enter an appearance in this matter.

Wherefore Plaintiff seeks a temporary stay of proceedings to seek alternate counsel pursuant to her current counsel's inability to continue representation pursuant to Rule 1.16 (a)(2) of the Alabama Rules of Professional Conduct.

1

Respectfully submitted,

*/s/ Alicia K. Haynes*
Alicia K. Haynes

**OF COUNSEL:**
Alicia K. Haynes
Kenneth D. Haynes
**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama 35226
Telephone: (205) 879-0377
Facsimile: (205) 879-3572

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Hope Curtis Hicks
Allison Alford Ingram
P.O. Box 4840
**Ball, Ball, Matthews & Novak, P.A.**
445 Dexter Avenue, Suite 9045
Montgomery, Alabama 36104

Stacy Lott Bellinger
**City of Montgomery Legal Department**
P.O. Box 1111
Montgomery, Alabama 35101

Terry G. Davis
Ronald B. Hatcher
4183 Carmichael Road, Ste. B
Montgomery, AL 36106

Scott Michael Speagle
Walker Nicholas Kowalchyk
**WEBSTER HENRY LYONS BRADWELL COHAN & SPEAGLE, P.C.**
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104

            */s/ Alicia K. Haynes*
            OF COUNSEL