# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ERNEST N. FINLEY, JR.,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 2:23-00146-KKD-PBM |
| **CITY OF MONTGOMERY, and STEVEN L. REED, Mayor,** | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendants City of Montgomery and Steven L. Reed and against Plaintiff Ernest N. Finley, Jr.

**DONE** this the **9th** day of **June 2025.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**